# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| EDDY D. BOWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 15-0204-CV-W-FJG |
| | ) |
| CAROLYN W. COLVIN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is plaintiff's response to the Order to Show Cause (Doc. No. 14). On November 24, 2015, the Court ordered plaintiff to show cause in writing why this matter should not be dismissed for failure to prosecute, as plaintiff failed to file his brief on the November 12, 2015, due date. See Order, Doc. No. 13. In plaintiff's response, filed on November 30, 2015, plaintiff's counsel indicates that the brief was not filed timely, and the "delay was due to a very large case load and filing schedule that resulted in the Bowe brief not being completed. Preparation for the Bowe Initial Brief began several weeks ago – but it was not completed and ready for filing until today." Doc. No. 14, p. 1. Plaintiff attaches a copy of the proposed initial brief, and requests that the filing date be extended and that he be allowed to proceed in this matter.

In the interests of reaching a resolution on the merits, the Court will grant plaintiff's request for an extension of the filing deadline. Plaintiff, however, is cautioned that for any further requests for extension of time after the deadline has passed, plaintiff must show good cause <u>and</u> that the failure to act was due to excusable neglect. See Fed. R. Civ. P. 6(b). Plaintiff **SHALL** file his initial social security brief as a separate

document on ECF on or before **DECEMBER 8, 2015.**  No extensions of this deadline will be granted for any reason.

      **IT IS SO ORDERED.**

Date:  December 4, 2015                                    **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri                                   Fernando J. Gaitan, Jr.
                                                                        United States District Judge